Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT FILED JUL 07 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

17 CV 6438 S

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Samuel J Saeli #35819
2. 

**-VS-**

**B. Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. WKBW News Channel 7
2. E.W Scripps Company
3. The CEO and Owner(s) of E.W Scripps Co.
4. CEO of WKBW News Channel 7
5. The Village of Fredonia, NY Police Dept.
6. The Village of Fredonia, NY

*Please see attached sheet for additional Defendants*

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Samuel J Saeli

Present Place of Confinement & Address: Chautauqua County Jail, P.O Box 190 Mayville, NY 14757

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: WKBW News Channel 7

(If applicable) Official Position of Defendant: ABC Affiliate; Local News Broadcaster

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: 7 Broadcast Plaza

Buffalo, NY 14202

Name of Defendant: E.W. Scripps Company

(If applicable) Official Position of Defendant: Owner of WKBW

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: 312 Walnut St. #2800

Cincinnati, Ohio 45202

Name of Defendant: The CEO and Owner(s) of E.W Scripps Co

(If applicable) Official Position of Defendant: CEO and owner(s) of E.W Scripps Co.

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: 312 Walnut St. #2800

Cincinnati, Ohio 45202

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.** Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes X No ___

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): Samuel J Saeli

   Defendant(s): Meyers et al

2. Court (if federal court, name the district; if state court, name the county): U.S District Court Western District of New York

3. Docket or Index Number: 17-CV-06222

4. Name of Judge to whom case was assigned: The Honorable Siragusa

5. The approximate date the action was filed: 4/11/2017

6. What was the disposition of the case?

Is it still pending? Yes X No____

If not, give the approximate date it was resolved.____________________

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to exhaust administrative remedies;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff

____ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

Yes X No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): Samuel J Saeli

Defendant(s): Chautauqua County et al

2. District Court: US District Court, Western District of New York

3. Docket Number: 17-CV-06221

4. Name of District or Magistrate Judge to whom case was assigned: The Honorable Siragusa

5. The approximate date the action was filed: 4/11/2017

6. What was the disposition of the case?

Is it still pending? Yes X No____

If not, give the approximate date it was resolved.____________________

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to exhaust administrative remedies;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff

____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include all possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

---

**A. FIRST CLAIM:** On (date of the incident) On or about August 16th 2016-Present,

defendant (give the **name and position held** of **each defendant** involved in this incident) WKBW News Channel 7; E.W. Scripps Co; CEO and Owner(s) of Scripps Co.; The CEO of WKBW; Unknown employees/reporters of WKBW; The Village of Fredonia, NY; The Village of Fredonia Police Dept; Brad Meyers, Chief of Fredonia Police; Chautauqua Co, NY; The Chautauqua Co. District Attorneys office; Patrick Swanson (Chautauqua Co. D.A) Andrew Molitar

did the following to me (briefly state what each defendant named above did): WKBW-TV; Scripps Broadcasting under the control and authority of their owners and CEO, did diseminate, report on its news broadcast and publish and share on its website and social media sites, with a reach and audience extending beyond the Buffalo, NY market and into other states and countries false, defamatory, libelous, slanderous, inaccurate, incomplete, unproven and unsubstantiated information regarding the false arrest of Plaintiff that was received from the Village of Fredonia, NY The Village of Fredonia, NY Police Dept.; Brad Meyers; Chautauqua County, NY; The Chautauqua County District Attorneys Office; Patrick Swanson; Andrew Molitar; Unknown WKBW employees/reporters

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Including but not limited to Eighth, Fifth and Fourteenth US Constitutional rights, Civil rights violations and FCC violations

The relief I am seeking for this claim is (briefly state the relief sought): Due to the deliberate indifference to Plaintiffs constitutional and civil rights, safety and well being; Because of the fact that Defendants nurtured and promoted a hostile environment where threats, lies, intimidating and harassing comments directed at Plaintiff cause Plaintiff to fear for his life, safety and well being that caused fear, paranoia, anxiety and depression in Plaintiff I am seeking $15 million dollars in damages

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ______ Yes __X__ No If yes, what was the result? ______

Did you appeal that decision? ______ Yes __X__ No If yes, what was the result? ______

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: This is not a grievable issue but involves entities and people relevant to violations of rights by Defendants and incurred by Plaintiff. But Defendants did work/operate with and in conjunction with the Village of Fredonia, NY; The Village of Fredonia NY Police Department; Chautauqua County, NY; Brad Meyers; Patrick Swanson and Andrew Molitar.

---

**A. SECOND CLAIM:** On (date of the incident) On or about September 24th 2016,

defendant (give the **name and position held** of **each defendant** involved in this incident) WKBW News Channel 7; E.W Scripps Broadcasting; the CEO and Owner of E.W Scripps; The CEO of WKBW; Unknown Employees/reporters of Scripps Co.

did the following to me (briefly state what each defendant named above did): Upon receiving information regarding the false, inaccurate, misleading, incomplete, unsubstantiated, libelous, slanderous, defamatory and unproven information that WKBW and E.W Scripps Co; their owners and CEOs did diseminate, report, publish, post and broadcast such false, misleading, incomplete, unsubstantiated and unproven information, Plaintiff did write to the station manager at WKBW at 7 Broadcast Plaza, Buffalo, NY 14202 requesting that the complete story, including my side of the event be told and I requested an interview with WKBW, not only to tell my side of the story but to provide information that Defendants deliberately and conveniently left out of their stories and postings

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Including, but not limited to fifth, Eighth and Fourteenth U.S Constitutional rights violations, civil rights violations and FCC violations.

The relief I am seeking for this claim is (briefly state the relief sought): I am seeking $5 million dollars in damages due to their deliberate indifference to my life, safety and well being and indifference to my federal, civil and constitutional rights

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ______ Yes X No If yes, what was the result? ______

Did you appeal that decision? ______ Yes X No If yes, what was the result? ______

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: This is not a grievable issue but involves entities and people relevant to violations of rights incurred by Plaintiff from Defendants.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am seeking in total $40 million dollars in compensatory, nominal, and punitive damages due to the hostile environment Defendants nurtured and promoted against Plaintiff and their disregard to the civil, state, and constitutional rights of Plaintiff as evidenced in the false information broadcast, published and posted on Defendants website and social media sites deliberately to cause fear, anxiety, depression, intimidation and fear on Plaintiff. I am also seeking declaratory and injunctive relief against Patrick Swanson and Andrew Molitar

Do you want a jury trial? Yes X No ____

B. Full Name(s) of Defendant(s)

7. Chautauqua County, NY
8. Chautauqua County District Attorney's Office
9. Patrick Swanson
10. Andrew Molitar
11. Brad Meyers
12. Unknown Reporters/Employees of WKBW

Defendant's Information Continued

Name of Defendant: Owner(s) of WKBW News Channel 7
(If applicable) Official Position of Defendant: Owner of WKBW News channel 7
(If applicable) Defendant is sued in X Individual and/or X official capacity
Address of Defendant: 7 Broadcast Plaza, Buffalo, NY 14202

Name of Defendants: The Village of Fredonia, NY Police Department
(If applicable) Official Position of Defendant: Law enforcement agency of Fredonia, NY
(If applicable) Defendant is sued in X Individual and/or X official Capacity
Address of Defendant: 9 Church St. Fredonia, NY 14063.

Name of Defendant: The Village of Fredonia, NY
(If applicable) Official Position of Defendant: Policy maker of all employees and all departments within its jurisdiction and employer of Brad Meyers
(If applicable) Defendant is sued in X Individual and/or official Capacity X
Address of Defendant: 9 Church St. Fredonia, NY 14063

Defendant's Information (Continued)

7. Name of Defendant: Chautauqua County, NY
(If applicable) Official Position of Defendant: Policy maker of all county departments and employees.
(If applicable) Defendant is Sued in X Individual and/or X Official Capacity
Address of Defendant: 1 N. Erie St., Mayville, NY 14757

8. Name of Defendant: Chautauqua County District Attorney's office
(If applicable) Official Position of Defendant: Legal entity of Chautauqua County, New York
(If applicable) Defendant is sued in X Individual and/or X official Capacity
Address of Defendant: 1 N. Erie St. Mayville, NY 14757

9. Name of Defendant: Patrick Swanson
(If applicable) Official Position of Defendant: Chautauqua County, NY District Attorney
(If applicable) Defendant is sued in X Individual and/or X official Capacity.
Address of Defendant: 1 N. Erie St. Mayville, NY 14757

10. Name of Defendant: Andrew Molitar
(If applicable) Official Position of Defendant: Assistant District Attorney in Chautauqua County, NY
(If applicable) Defendant is sued in X Individual and/or X Official Capacity
Address of Defendant: 1 N. Erie St. Mayville, NY 14757

Name/Defendant's Information (Continued)

11. Name of Defendant: Brad Meyers
(If applicable) Official Position of Defendant: Fredonia, NY Chief of Police
(If applicable) Defendant is sued in X Individual and/or X official Capacity
Address of Defendant: 9 Church St. Fredonia, NY 14063

12. Name of Defendant: Unknown Reporters/Employees of WKBW
(If applicable) Official Position of Defendant: Reporters and employees of WKBW
(If applicable) Defendant is sued in X Individual and/or X official Capacity
Address of Defendant(s): 7 Broadcast Plaza, Buffalo, NY 14202

A. First Claim: Continued

Such information via press release. The press release was sent to WKBW and Scripps Co. and certain unknown staff/reporters at WKBW and acted in a capacity and under the direction and authority and consent of its owners and CEO and was reported as factual with little to no inquiry or questioning of such "facts" and information with no attempt to reach out to or contact Plaintiff concerning such allegations. This false, misleading, slanderous, libelous and defamatory content and information about plaintiff is still available to any person, group, employee, etc to view and share with other people (not only in Western, NY but in other states and counties via WKBW's website and social media) with no disclaimer(s) or disclosure(s) relating to the appropriate use of language and conduct of its users and visitors commenting on their news stories, articles and posts and no disclosure(s) or disclaimer(s) that such information should not be used to threaten, harass, intimidate, annoy or alarm Plaintiff and that anyone accused of a crime, specifically Plaintiff does have rights, specifically the accused (Plaintiff) is innocent until proven guilty in a court of law and is entitled to a trial. As such, there were no regulations, standards, oversight and management of comments on the sites operated and controlled by Defendants. With such standards lacking, Defendant's nurtured and promoted an environment of hostility towards Plaintiff regarding and under stories related to the false arrest of Plaintiff on WKBW's social media accounts and website. where comments were directed towards Plaintiff and were threatening, alarming, intimidating, annoying and harassing and placed Plaintiff in fear of his life, safety and well-being and causing Plaintiff to suffer undue fear, stress, paranoia, emotional distress, anxiety and depression.

A. Third Claim (continued)

false, vulgar, threatening, harassing, intimidating, alarming, derogatory and annoying towards Plaintiff and placed Plaintiff in fear of his life, safety and well being and did cause Plaintiff to suffer undue stress, emotional distress, anxiety, paranoia and depression.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 17, 2017
(date)

**NOTE:** ***Each*** *plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

# Inmate Activity Log

Saeli, Samuel J

**Print Date/Time:** 06/14/2017 10:07 **From Date:** 08/17/2016 00:00
**Login ID:** ccso\sd579 **To Date:** 12/31/2016 23:59 **ORI Number:**
**Booking** 2016-00001738

| Date/Time | Category | Activity Type | Sub Type | Officer | Score | Results Entered By | Status |
|---|---|---|---|---|---|---|---|
| **Narrative:** Damans Vargas - MediaType: Letter - InOut: In - Quantity: 1 | | | | | | | |
| 09/16/2016 23:21 | Contact | Contact | mail | 5001 - Platt | | | |
| **Narrative:** wkbw studios - 7 broadcast plaza buffalo, ny 14202 MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/16/2016 23:21 | Contact | Contact | mail | 5001 - Platt | | | |
| **Narrative:** NYS DOCS - Building 2 1220 Washington ave albany, ny 12226 MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/18/2016 01:24 | Contact | Contact | mail | 5106 - Gardner | | | |
| **Narrative:** Damaris Vargas - MediaType: Letter - InOut: In - Quantity: 1 | | | | | | | |
| 09/18/2016 23:35 | Contact | Contact | mail | 5055 - Vanderwork | | | |
| **Narrative:** Damans Vargas - MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/18/2016 23:35 | Contact | Contact | mail | 5055 - Vanderwork | | | |
| **Narrative:** Andrew Brautigam - MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/21/2016 23:30 | Contact | Contact | mail | 5082 - Cornell | | | |
| **Narrative:** LT QUAGLIANA - JAIL MAIL MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/21/2016 23:30 | Contact | Contact | mail | 5082 - Cornell | | | |
| **Narrative:** LT MULSON - JAIL MAIL MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/23/2016 01:24 | Contact | Contact | mail | 687 - Cramer | | | |
| **Narrative:** Damaris Vargas - MediaType: Letter - InOut: In - Quantity: 1 | | | | | | | |
| 09/24/2016 05:27 | Contact | Contact | mail | 5107 - Pulci | | | |
| **Narrative:** Damaris Vargas - 49 w 6th lower dunnkirk ny MediaType: Letter - InOut: In - Quantity: 1 | | | | | | | |
| 09/27/2016 01:10 | Contact | Contact | mail | 5062 - Abel | | | |
| **Narrative:** Daman S Vargas - MediaType: Letter - InOut: In - Quantity: 2 | | | | | | | |
| 09/29/2016 23:40 | Contact | Contact | mail | 5074 - Veres | | | |
| **Narrative:** Damaris Vargas - MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |
| 09/29/2016 23:41 | Contact | Contact | mail | 5074 - Veres | | | |
| **Narrative:** Davonte Chandler - MediaType: Letter - InOut: Out - Quantity: 1 | | | | | | | |

United States District Court
For the Western District of New York
68 Court St.
Buffalo, NY 14202

To the Western District Court of New York:

Enclosed, please find for your review and filing seven (7) lawsuits for filing. I had previously filed lawsuits with this Court under index numbers 17-CV-6219; 17-CV-6220; 17-CV-6221; 17-cv-6222. I don't have access to any legal resources or an adequate law library, but this paper work includes seven (7) 42 U.S.C subsection 1983 complaint forms; seven (7) civil cover sheets; seven (7) In Forma Pauperis; seven (7) Inmate Authorizations and seven (7) Requests for the appointment of Counsel. Additionally, with the City of Lackawanna, I have included the New York State Division of Criminal Justices Services, the Cycle 9 of an arrest that occurred in 2012 and settled in 2012 [I've also included the Certificate of Conviction/Disposition] but the matter was unresolved and left open on the Report from the New York State Division of Criminal Justice Services as the City Court of Lackawanna never reported the final disposition to New York State. I've also included [redacted] with my complaints against WKBW, WGRZ, and WIVB my jail house mail log showing when I wrote to those stations requesting that the truth, including my side of the event be told. All three stations ignored my letter and never replied, allowing the story to be told biasly and falsely.

I am still incarcerated at the Chautauqua County jail, so please continue to send any future correspondance to the address below.

Sincerely, Samuel J Saeli; P.O Box 190 Inmate # 35819
S. S.
Mayville NY 14757

Samuel J Saeli
P.O Box 190
Mayville, NY 14757

7015 3430 0000 2064 9707




U.S. POSTAGE PAID

PRIORITY ★ MAIL ★

TRACKED ★ ★ ★ INSURED ★

UNITED STATES POSTAL SERVICE®

For Domestic Use Only

Label 107R, July 2013

SBC
21

United States District Court
For the Western District of New York
68 Court St.
Buffalo, NY 14202

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Samuel J Saeli

**(b)** County of Residence of First Listed Plaintiff Chautauqua
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS** WKBW News Channel 7; E.W Scripps Co; The CEO and owners of E.W. Scripps Co; CEO of WKBW; The Village of Fredonia, NY; The Village of Fredonia Police Department; Chautauqua County, NY; The Chautauqua County District Attorneys office; Unknown employees/Reporters of WKBW; Brad Meyers; Patrick Swanson; Andrew Molitar

County of Residence of First Listed Defendant Erie County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- [X] 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- [X] 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- [X] 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. subsection 1983

Brief description of cause: Nurturing and promoting a hostile environment towards Plaintiff; Disemination of false, misleading, libelous, slanderous and defamatory information about Plaintiff

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 40 million dollars

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______